STATE OF NEW JERSEY IN THE INTEREST OF B.C.L.

May 30, 1979.   Petition for certification granted.

LEWIS DONADIO, JR.

v.

FOLEY MACHINERY CO.

May 30, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES YOUNG.

May 30, 1979.   Petition for certification denied.

SANDRA ROBINSON v. STATE OF NEW JERSEY BOARD
OF BAR EXAMINERS.

May 30, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. LARRY C. DICKSON.

May 30, 1979.   ORDERED that the petition for certification is
granted, the judgment of the Superior Court, Appellate Division
is summarily reversed, and the sentence imposed by the Superior
Court, Law Division is reinstated.   (See *State v. Whitaker,* 79
*N.J.* 503 (1979)).

Justice PASHMAN concurs in the result only.